139 So. 921

### Nelson POE v. STATE.
### 7 Div. 824.

Court of Appeals of Alabama.
Feb. 16, 1932.

Cockrell & Riddle, of Talladega, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted on a charge of violating the prohibition law. The evidence for the state tended to prove the charge as laid. That for the defendant was but a denial. The question was for the jury. There is no prejudicial error in the record, and the judgment is affirmed.

Affirmed.

148 So. 924

### Frank POSEY v. STATE.
### 8 Div. 684.

Court of Appeals of Alabama.
May 6, 1933.

Raymond Murphy, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

SAMFORD, Judge.

Defendant was convicted on a charge of malicious mischief.

There are several insistences of error in appellant's brief, but in the record we find no bill of exceptions. There is nothing for review, and the judgment is affirmed.

Affirmed.

139 So. 921

### Bessie POUNDERS v. STATE.
### 8 Div. 521.

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

139 So. 921

### Rice PREWITT v. STATE.
### 6 Div. 65.

Court of Appeals of Alabama.
Jan. 19, 1932.

BRICKEN, P. J.
Affirmed.

146 So. 923

### Mary PRICE v. STATE.
### 8 Div. 761.

Court of Appeals of Alabama.
Feb. 28, 1933.

RICE, Judge.
Affirmed.